UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| LEAYLE BENJAMIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>WARDEN J.W. COX, IN HIS CAPACITY<br>AS WARDEN OF YANKTON FEDERAL<br>PRISON CAMP, YANKTON, S.D.; AND<br>DAVID DWYER, IN HIS CAPACITY AS<br>REGIONAL SECTOR ADMINISTRATOR,<br>FOR THE FEDERAL BUREAU OF<br>PRISONS, GRAND PRAIRIE, TX;<br><br>          Defendants. | 4:20-CV-04085-KES<br><br><br>ORDER FOR SERVICE |

Petitioner Leayle Benjamin, an inmate at the Yankton Federal Prison Camp, in

Yankton, South Dakota, has filed a petition for a writ of habeas corpus pursuant to

28 U.S.C. § 2241.  The court directs the petition in this case be served and that a

response be filed. Accordingly,

IT IS ORDERED that:

(1)     Petitioner motion to proceed in forma pauperis (Doc. 2) is granted;

(2)     the Clerk of Court shall serve upon respondent and the United States
        Attorney for the District of South Dakota a copy of the petition and this
        order;

(3)     within 21 days after service, respondent is directed to show cause why a
        writ pursuant to 28 U.S.C. § 2241 should not be granted;

(4)     petitioner may file a reply within 14 days of service of the respondent's response.


DATED this 29th day of May, 2020.

BY THE COURT:

_____

VERONICA L. DUFFY
United States Magistrate Judge